IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TRAVIS S. WILLIAMS     PLAINTIFF

v.     CAUSE NO. 4:22-CV-102-SA-DAS

HOLLANDALE SCHOOL DISTRICT     DEFENDANT

FINAL JUDGMENT

For the reasons articulated in the Court's Order and Memorandum Opinion issued this day, the Plaintiff's claims are dismissed *with prejudice*. This CASE is CLOSED.

THIS the 5th day of December, 2023.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE